**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARIBA RAHIMIAN MARNANI,               )<br>                                                             )<br>                          Plaintiff,         )<br>            v.                                          )<br>                                                             )<br>MEZZETTI FINANCIAL SERVICES, INC., et )<br>al.,                                                    )<br>                                                             )<br>                          Defendants.    )<br>_____  ) | Case No. 5:14-cv-04743-PSG<br><br>**ORDER GRANTING MOTION TO EXTEND TIME**<br><br>**(Re: Docket No. 12)** |

Defendants request a 28-day enlargement of time to respond to Fariba Rahimian Marnani's complaint.[1]  Marnani has not opposed.  The court finds this motion suitable for disposition on the papers pursuant to the local rules.[2]

The Federal Rules of Civil Procedure provide that "a court may, for good cause" extend the time to file an answer "on motion made after the time has expired if the party failed to act because of excusable neglect."[3]

---

[1] *See* Docket No. 12.

[2] *See* Civil L.R. 7-1(b) ("In the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call"); Fed. R. Civ. P. 78(b) ("By rule or order, the court may provide for submitting and determining motions on briefs, without oral hearings").

[3] *See* Fed. R. Civ. P. 6(b).

1

Case No. 5:14-cv-04743-PSG
ORDER GRANTING MOTION TO EXTEND TIME

With regard to their delay, Defendants cite difficulties of working with counsel due to holiday travel as well as a lack of communication from Marnani.

Having reviewed the arguments and circumstances, the court is satisfied that allowing Defendants a modest extension of time is fair and will not unduly prejudice Marnani. The court GRANTS Defendants an extension such that Defendants may file an answer no later than December 26, 2014.

**SO ORDERED.**

December 4, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge