United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FARIBA RAHIMIAN MARNANI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEZZETTI FINANCIAL SERVICES, INC., a California corporation; JOSE MEZZETTI individually and in his official capacity; HOLMES & USOZ LLP, a California limited liability partnership; and LESLIE HOLMES, individually and in her official capacity,<br><br>　　　　　Defendants. | Case No.: 14-CV-04743-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the initial case management conference set for March 18, 2015, at 2:00 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a).  The Court hereby ORDERS the parties to file one joint case management statement by Monday, March 16, 2015, at noon.

**IT IS SO ORDERED.**

Dated: March 12, 2015

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 14-CV-04743-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT