UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FARIBA RAHIMIAN MARNANI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEZZETTI FINANCIAL SERVICES, INC.,,, et al.,<br><br>　　　　　Defendants. | Case No. 14-CV-04743-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for October 14, 2015, at 2:00 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file a Joint Case Management Statement by Monday, October 12, 2015. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: October 9, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 14-CV-04743-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT