UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARIBA RAHIMIAN MARNANI,<br><br>   Plaintiff,<br><br>  v.<br><br>MEZZETTI FINANCIAL SERVICES, INC., et al.,<br><br>   Defendants. | Case No. 14-CV-04743-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT STIPULATION OF DISMISSAL** |

On October 9, 2015, Plaintiff Fariba Rahimian Marnani filed a notice of settlement voluntarily dismissing, with prejudice, all of Plaintiff's claims against Defendants Mezzetti Financial Services, Inc., Jose Mezzetti, Holmes & Uzoz, LLP, and Lesie Anne Holmes (collectively, "Defendants"). ECF No. 40. However, Defendants have already filed answers in this case. ECF Nos. 19-21 (answers); 32-34 (amended answers). Thus, Plaintiff may only voluntarily dismiss without a Court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A); *see also Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, if the case is settled, the Court ORDERS the parties to file a joint stipulation of dismissal by October 13, 2015.

1

Case No. 14-CV-04743-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT STIPULATION OF DISMISSAL

**IT IS SO ORDERED.**

Dated: October 11, 2015

_____
LUCY H. KOH
United States District Judge

2
Case No. 14-CV-04743-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT STIPULATION OF DISMISSAL